FILED

UNITED STATES DISTRICT COURT 2016 NOV 16 PM 1:38
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:16-cr- 223 -ORL -40 GJK
                                                      18 U.S.C. § 1715
                                                      18 U.S.C. § 924(a)(1)(A)
JOSE JULIAN ACOSTA-COOPER

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 23, 2014, in the Middle District of Florida, the

defendant,

**JOSE JULIAN ACOSTA-COOPER,**

did knowingly deposit with the United States Postal Service for mailing and

delivery a firearm declared nonmailable by 18 U.S.C. § 1715, including: (1) a

Glock, model 17, pistol receiver; (2) a Glock, model 23, pistol receiver; (3) a

Spikes Tactical firearm lower receiver, bearing serial number SBR54978; and

(4) a Spikes Tactical firearm lower receiver, bearing serial number SAR45250.

In violation of 18 U.S.C. § 1715.

## COUNT TWO

On or about March 8, 2014, in the Middle District of Florida, the

defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly deposit with the United States Postal Service for mailing and

delivery a firearm declared unmailable by 18 U.S.C. § 1715, including a Spikes

Tactical, model ST15, pistol receiver.

In violation of 18 U.S.C. § 1715.

## COUNT THREE

On or about January 2, 2016, in the Middle District of Florida, the

defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly make a false statement and representation to Cross Heirs, LLC,

a firearms dealer licensed under the provisions of Chapter 44 of Title 18,

United States Code, with respect to information required by the provisions of

Chapter 44 of Title 18, United States Code, to be kept in the records of the

firearms dealer, in that the defendant stated in a Department of Justice,

Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms

Transaction Record (hereinafter, "ATF Form 4473") that his current residence

address was 3626 Westgate Road, Orlando, Florida 32808, when, in fact, as

2

the defendant then and there well knew, he was not residing at 3626 Westgate Road, Orlando, Florida 32808.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FOUR

On or about January 3, 2016, in the Middle District of Florida, the defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly make a false statement and representation to Leadfeather Guns and Archery, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, in that the defendant stated in an ATF Form 4473 that his current residence address was 3626 Westgate Road, Orlando, Florida 32808, when, in fact, as the defendant then and there well knew, he was not residing at 3626 Westgate Road, Orlando, Florida 32808.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FIVE

On or about February 12, 2016, in the Middle District of Florida, the defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly make a false statement and representation to Cross Heirs, LLC, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, in that the defendant stated in an ATF Form 4473 that his current residence address was 3626 Westgate Road, Orlando, Florida 32808, when, in fact, as the defendant then and there well knew, he was not residing at 3626 Westgate Road, Orlando, Florida 32808.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT SIX

On or about April 8, 2016, in the Middle District of Florida, the defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly make a false statement and representation to Cross Heirs, LLC, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of

4

Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, in that the defendant stated in an ATF Form 4473 that his current residence address was 3626 Westgate Road, Orlando, Florida 32808, when, in fact, as the defendant then and there well knew, he was not residing at 3626 Westgate Road, Orlando, Florida 32808.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT SEVEN

On or about May 22, 2016, in the Middle District of Florida, the defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly make a false statement and representation to Cross Heirs, LLC, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, in that the defendant stated in an ATF Form 4473 that his current residence address was 3626 Westgate Road, Orlando, Florida 32808, when, in fact, as the defendant then and there well knew, he was not residing at 3626 Westgate Road, Orlando, Florida 32808.

In violation of 18 U.S.C. § 924(a)(1)(A).

5

## COUNT EIGHT

On or about May 22, 2016, in the Middle District of Florida, the defendant,

### JOSE JULIAN ACOSTA-COOPER,

did knowingly make a false statement and representation to Leadfeather Guns and Archery, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, in that the defendant stated in an ATF Form 4473 that his current residence address was 3626 Westgate Road, Orlando, Florida 32808, when, in fact, as the defendant then and there well knew, he was not residing at 3626 Westgate Road, Orlando, Florida 32808.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1.     The allegations contained in Counts One through Eight are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.     Upon conviction of the violations charged in Counts One through Eight, defendant, **JOSE JULIAN ACOSTA-COOPER**, shall forfeit

6

to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c),
all firearms and ammunition involved in or used in the violation.

      3.     The property to be forfeited includes, but is not limited to, the
following: four Glock pistol magazines; one .223 caliber magazine; two AK-
47 style magazines; a Glock, model 17, slide and barrel, bearing serial number
REW145; a Glock, model 23, slide and barrel, bearing serial number RYL980;
a .223 caliber upper assembly; a Glock, model 17, lower receiver, bearing
serial number REW145; a Glock, model 23, lower receiver, bearing serial
number RYL980; a Spikes Tactical lower receiver, bearing serial number
SBR54978; a Spikes Tactical lower receiver, bearing serial number SAR45250;
a Spikes Tactical, model ST15, .223 caliber pistol, bearing serial number
SBR63661; a hundred round AR15 magazine; and two AR15 style magazines.

      4.     If any of the property described above, as a result of any act or
omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third
party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be

divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28

U.S.C. § 2461(c).

                  A TRUE BILL,

                  _____

                  Foreperson

A. LEE BENTLEY, III
United States Attorney

By:   _____
     Andrew C. Searle
     Assistant United States Attorney

By:   _____
     Katherine M. Ho
     Assistant United States Attorney
     Chief, Orlando Division

FORM OBD-34
APR 1991

No. 16-2-5

## UNITED STATES DISTRICT COURT
### Middle District of Florida
#### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOSE JULIAN ACOSTA-COOPER

## INDICTMENT

Violations:

18 U.S.C. §§ 1715 and 922(e)

A true bill,

_Manuel A. Fitzgerald_
Foreperson

Filed in open court this 16th day of November 2016.

_____
Clerk

Bail $ _____

GPO 863 525